# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

No. 22-5252                                                       September Term, 2023

1:21-cv-02198-BAH

Filed On: December 6, 2023 [2030182]

Shawn Musgrave,

      Appellant

  v.

Mark Warner, Chairman and Senate Select Committee on Intelligence,

      Appellees

## O R D E R

Upon consideration of the unopposed motion of amicus curiae for leave to participate in oral argument, the partial opposition thereto, and the reply, it is

**ORDERED** that the motion be granted. The following times are allotted for the oral argument of this case scheduled for December 13, 2023, at 9:30 A.M.:

| | | |
|---|---|---|
| Appellant | - | 10 Minutes |
| Appellees | - | 10 Minutes (to be divided with amicus curiae as the parties deem appropriate) |

The panel considering this case will consist of Circuit Judges Pillard, Wilkins, and Childs.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by December 8, 2023.

### Per Curiam

                **FOR THE COURT:**
                Mark J. Langer, Clerk

      BY:    /s/
                Michael C. McGrail
                Deputy Clerk

The following forms and notices are available on the Court's website:

Notification to the Court from Attorney Intending to Present Argument (Form 72)