# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 22-5252** | **September Term, 2023** |
| | 1:21-cv-02198-BAH |
| | Filed On: December 13, 2023 [2031298] |

Shawn Musgrave,

        Appellant

    v.

Mark Warner, Chairman and Senate Select Committee on Intelligence,

        Appellees

    **BEFORE:**    Circuit Judges Pillard, Wilkins, and Childs

### COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Wednesday, December 13, 2023 at 9:32 a.m. The cause was heard as case No. 2 of 3 and argued before the Court by:

    Kel McClanahan, counsel for Appellant.

    Thomas E. Caballero (OSLC), counsel for Appellees.

    Thomas Pulham (DOJ), Amicus Curiae.

                                          FOR THE COURT:
                                          Mark J. Langer, Clerk

                    BY:    /s/
                                Anne A. Rothenberger
                                Deputy Clerk