# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

No. 22-5252             September Term, 2023
FILED ON: JUNE 18, 2024

SHAWN MUSGRAVE,
            APPELLANT

v.

MARK WARNER, CHAIRMAN AND SENATE SELECT COMMITTEE ON INTELLIGENCE,
            APPELLEES

Appeal from the United States District Court
for the District of Columbia
(No. 1:21-cv-02198)

Before: PILLARD, WILKINS and CHILDS, *Circuit Judges*

## J U D G M E N T

This cause came on to be heard on the record on appeal from the United States District Court for the District of Columbia and was argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgment of the District Court appealed from in this cause be affirmed, in accordance with the opinion of the court filed herein this date.

### Per Curiam

            **FOR THE COURT:**
            Mark J. Langer, Clerk

BY:    /s/

            Daniel J. Reidy
            Deputy Clerk

Date: June 18, 2024

Opinion for the court filed by Circuit Judge Pillard.