# United States Court of Appeals
## For The District of Columbia Circuit

_____

**No. 22-5252**　　　　　　　　　　　　　　　　**September Term, 2023**

　　　　　　　　　　　　　　　　　　　　　　　　1:21-cv-02198-BAH

　　　　　　　　　　　　　　　　　　　**Filed On: August 12, 2024** [2069543]

Shawn Musgrave,

　　　　Appellant

　　v.

Mark Warner, Chairman and Senate Select
Committee on Intelligence,

　　　　Appellees

## M A N D A T E

　　In accordance with the judgment of June 18, 2024, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

　　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　　BY:　　/s/
　　　　　　　　　　　　　　　　　　　Daniel J. Reidy
　　　　　　　　　　　　　　　　　　　Deputy Clerk

Link to the judgment filed June 18, 2024