# United States Court of Appeals
### For The District of Columbia Circuit
_____

| | |
|---|---|
| **No. 22-5252** | **September Term, 2022** |
| | **1:21-cv-02198-BAH** |
| | **Filed On: September 28, 2022** [1966556] |

Shawn Musgrave,

    Appellant

  v.

Mark Warner, Chairman and Senate Select Committee on Intelligence,

    Appellees

## O R D E R

The notice of appeal was filed on September 20, 2022, and docketed in this court on September 28, 2022. It is, on the court's own motion,

**ORDERED** that appellant submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | October 28, 2022 |
| Docketing Statement Form | October 28, 2022 |
| Entry of Appearance Form | October 28, 2022 |
| Procedural Motions, if any | October 28, 2022 |
| Statement of Intent to Utilize Deferred Joint Appendix | October 28, 2022 |
| Statement of Issues to be Raised | October 28, 2022 |
| Transcript Status Report | October 28, 2022 |
| Underlying Decision from Which Appeal or Petition Arises | October 28, 2022 |
| Dispositive Motions, if any (Original and 4 copies) | November 14, 2022 |

# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 22-5252**　　　　　　　　　　　　　　　　　　　September Term, 2022

It is

    **FURTHER ORDERED** that appellee submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | October 28, 2022 |
| Entry of Appearance Form | October 28, 2022 |
| Procedural Motions, if any | October 28, 2022 |
| Dispositive Motions, if any (Original and 4 copies) | November 14, 2022 |

It is

    **FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a <u>Final Status Report</u> indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

    **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

                                                       **FOR THE COURT:**
                                                       Mark J. Langer, Clerk

                                   BY:    /s/
                                                       Laura M. Chipley
                                                       Deputy Clerk

The following forms and notices are available on the Court's [website:](#)

      [Civil Docketing Statement Form](#)
      [Entry of Appearance Form](#)
      [Transcript Status Report Form](#)
      [Request to Enter Appellate Mediation Program](#)
      [Notice Concerning Expedition of Appeals and Petitions for Review](#)
      [Stipulation to be Placed in Stand-By Pool of Cases](#)