# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Shawn Musgrave

v.

Mark Warner, et al

**Case No:** 22-5252

## ENTRY OF APPEARANCE

The Clerk shall enter my appearance as ☐ Retained  ☐ Pro Bono  ☐ Appointed (CJA/FPD)  ☒ Gov't counsel

for the  ☐ Appellant(s)/Petitioner(s)  ☒ Appellee(s)/Respondent(s)  ☐ Intervenor(s)  ☐ Amicus Curiae below:

### Party Information
(List each represented party individually - Use an additional blank sheet as necessary)

Mark Warner

Senate Select Committee on Intelligence

### Counsel Information

**Lead Counsel:** Patricia Mack Bryan

**Direct Phone:** (202) 224-4435  **Fax:** (202) 224-4777  **Email:** pat_bryan@legal.senate.gov

**2nd Counsel:** Morgan J. Frankel

**Direct Phone:** (202) 224-4435  **Fax:** (202) 224-4777  **Email:** morgan_frankel@legal.senate.gov

**3rd Counsel:** Thomas E. Caballero

**Direct Phone:** (202) 224-4435  **Fax:** (202) 224-4777  **Email:** thomas_caballero@legal.senate.gov

**Firm Name:** Office of Senate Legal Counsel

**Firm Address:** 642 Hart Senate Office Building, Washington, DC 20510

**Firm Phone:** (202) 224-4435  **Fax:** (202) 224-4777  **Email:**

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit. **Names of non-member attorneys listed above will not be entered on the court's docket.** Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/.

USCA Form 44
March 2017 (REVISED)