IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

———————

No. 22-5252

———————

SHAWN MUSGRAVE,

                              Plaintiff-Appellant,

v.

MARK WARNER, *et al.*,

                              Defendants-Appellees.

———————

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

———————

**CERTIFICATE OF APPELLEES
AS TO PARTIES, RULINGS, AND RELATED CASES**

———————

### A. Parties and Amici

This appeal arises from a civil action in the district court. Case No. 21-cv-02198 (BAH). Plaintiff-appellant is Shawn Musgrave. Defendants-appellees are Senator Mark Warner, in his official capacity as Chairman of the Senate Select Committee on Intelligence, and the Senate Select Committee on Intelligence. No *amici curiae* appeared, and no parties intervened, below or, to date, in this Court.

### B. Ruling Under Review

Plaintiff appeals from the Order and accompanying Memorandum Opinion issued on September 15, 2022, by the Honorable Beryl A. Howell, Chief Judge of the U.S. District Court for the District of Columbia. Docket Nos. 23 & 24, No.

21-cv-02198 (BAH) (D.D.C.). That Order granted the defendants' motion to dismiss plaintiff's complaint.

## C. Related Cases

This case has not previously been before this Court or any court other than the district court. Counsel for defendants-appellees are unaware of any other related cases within the meaning of D.C. Circuit Rule 28(a)(1)(C).

Respectfully submitted,

 /s/ Patricia Mack Bryan
PATRICIA MACK BRYAN
D.C. Bar #335463
pat_bryan@legal.senate.gov
Senate Legal Counsel

MORGAN J. FRANKEL
D.C. Bar #342022
Deputy Senate Legal Counsel

THOMAS E. CABALLERO
Assistant Senate Legal Counsel

Office of Senate Legal Counsel
642 Hart Senate Office Building
Washington, D.C. 20510-7250
(202) 224-4435 (tel)
(202) 224-3391 (fax)

October 28, 2022                    Counsel for Appellees Senator Mark Warner and the Senate Select Committee on Intelligence

## CERTIFICATE OF SERVICE

I certify that, on October 28, 2022, I filed electronically the foregoing Certificate of Appellee as to Parties, Rulings, and Related Cases with the Clerk of the Court using the CM/ECF system, which will provide notice of electronic filing to the following:

    Kelly B. McClanahan, Esq.
    National Security Counselors
    4702 Levada Terrace
    Rockville, MD 20853
    Kel@NationalSecurityLaw.org

    Counsel for Plaintiff-Appellant

    /s/ Patricia Mack Bryan
    PATRICIA MACK BRYAN