UNITED STATES COURT OF APPEALS
DISTRICT OF COLUMBIA CIRCUIT

| | | |
|---|---|---|
| SHAWN MUSGRAVE, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | |
| | * | Case No. 22-5252 |
| MARK WARNER, *et al.*, | * | |
| | * | |
| Appellees. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### CERTIFICATE AS TO PARTIES, RULINGS, AND RELATED CASES

Appellant Shawn Musgrave, by and through undersigned counsel, hereby responds to the Court's Scheduling Order dated 28 September 2022 as follows:

**I.     Parties and Amici**

The parties to this case are the Appellant Shawn Musgrave and the Appellees Mark Warner and the Senate Select Committee on Intelligence. There are no *amici curiae* so far.

**II.     Ruling Under Review**

Appellant seeks review of the Order issued by the District Court on 15 September 2022 (Howell, C.J.).

**III.     Related Cases**

This case was not previously before this Circuit or any other court. There are currently no pending related cases.

Date: October 28, 2022

                                            Respectfully submitted,

                                              /s/ Kelly B. McClanahan
                                            Kelly B. McClanahan, Esq.
                                            D.C. Bar #984704
                                            National Security Counselors
                                            4702 Levada Terrace
                                            Rockville, MD  20853
                                            301-728-5908
                                            240-681-2189 fax
                                            Kel@NationalSecurityLaw.org

                                            *Counsel for Appellant*