# **CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of October, 2022, I filed the foregoing with the Court's Electronic Case Filing system, causing a copy to be served via electronic mail on Appellees' counsel of record.

Date: October 28, 2022

                                      Respectfully submitted,

                                       /s/ Kelly B. McClanahan
                                    Kelly B. McClanahan, Esq.
                                    D.C. Bar #984704
                                    National Security Counselors
                                    4702 Levada Terrace
                                    Rockville, MD  20853
                                    301-728-5908
                                    240-681-2189 fax
                                    Kel@NationalSecurityLaw.org

                                    *Counsel for Appellant*