# UNITED STATES COURT OF APPEALS
## DISTRICT OF COLUMBIA CIRCUIT

333 Constitution Avenue, NW
Washington, DC 20001-2866
Phone: 202-216-7000 | Facsimile: 202-219-8530

**Case Caption:** Musgrave

v.  **Case No:** 22-5252

Warner

## ENTRY OF APPEARANCE

### Party Information

The Clerk shall enter my appearance as counsel for the following parties:
(List each party represented individually. Use an additional blank sheet as necessary)

- (●) Appellant(s)/Petitioner(s)    ( ) Appellee(s)/Respondent(s)    ( ) Intervenor(s)    ( ) Amicus Curiae

Shawn Musgrave

Names of Parties                    Names of Parties

### Counsel Information

Lead Counsel: Kelly McClanahan

Direct Phone: (301) 728-5908  Fax: (240) 681-2189  Email: Kel@NationalSecurityLaw.org

2nd Counsel:

Direct Phone: (   )    -    Fax: (   )    -    Email:

3rd Counsel:

Direct Phone: (   )    -    Fax: (   )    -    Email:

Firm Name: National Security Counselors

Firm Address: 4702 Levada Terrace, Rockville, MD  20853

Firm Phone: (301) 728-5908  Fax: (240) 681-2189  Email: Kel@NationalSecurityLaw.org

Notes: This form must be submitted by a member of the Bar of the U.S. Court of Appeals for the D.C. Circuit.
**Names of non-member attorneys listed above will not be entered on the court's docket.**
Applications for admission are available on the court's web site at http://www.cadc.uscourts.gov/

USCA Form 44
August 2009 (REVISED)