UNITED STATES COURT OF APPEALS
DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| SHAWN MUSGRAVE, | * |
| | * |
| Appellant, | * |
| | * |
| v. | * |
| | *  Case No. 22-5252 |
| MARK WARNER, *et al.*, | * |
| | * |
| Appellees. | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \*

### STATEMENT OF INTENT TO UTILIZE DEFERRED JOINT APPENDIX

Appellant Shawn Musgrave, by and through undersigned counsel, hereby responds to the Court's Scheduling Order dated 28 September 2022 as follows: Appellant does not intend to utilize a deferred joint appendix.

Date: October 28, 2022

Respectfully submitted,

 /s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
4702 Levada Terrace
Rockville, MD  20853
301-728-5908
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Appellant*