# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| SHAWN MUSGRAVE, | * |
| Appellant, | * |
| v. | * Case No. 22-5252 |
| MARK WARNER, *et al.*, | * |
| Appellees. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## APPELLANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE OPENING BRIEF

Appellant Shawn Musgrave ("Musgrave"), by and through undersigned counsel, respectfully moves this Court for a two-week extension of all pending deadlines. Appellant's Opening Brief is currently due 28 December 2022. This Motion proposes the following briefing schedule:

- 11 January 2023 – Appellant's Opening Brief

- 10 February 2023 – Appellees' Opening Brief

- 3 March 2023 – Appellant's Reply

Appellees consent to this motion.

Musgrave has good cause for this motion. The undersigned is on prescheduled leave for most of the week of 28 December, and he already has another deadline imposed by this Court for Friday, 30 December, which cannot be

rescheduled because the Court has already set the date for oral arguments. Because of other deadlines during the first week of January, he therefore requests this brief extension until the second week of the month.

Date: December 5, 2022

                                                Respectfully submitted,

                                                /s/ Kelly B. McClanahan
                                            Kelly B. McClanahan, Esq.
                                            D.C. Bar #984704
                                            National Security Counselors
                                            4702 Levada Terrace
                                            Rockville, MD  20853
                                            301-728-5908
                                            240-681-2189 fax
                                            Kel@NationalSecurityLaw.org

                                            *Counsel for Appellant*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing filing contains 256 words, and was prepared in 14-point Times New Roman font using Microsoft Word 2016.

 /s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
