# **CERTIFICATE OF SERVICE**

I hereby certify that on the 5th day of December, 2022, I filed the foregoing with the Court's Electronic Case Filing system, causing a copy to be served via electronic mail on Appellees' counsel of record.

Date: December 5, 2022

        Respectfully submitted,

         /s/ Kelly B. McClanahan
        Kelly B. McClanahan, Esq.
        D.C. Bar #984704
        National Security Counselors
        4702 Levada Terrace
        Rockville, MD  20853
        301-728-5908
        240-681-2189 fax
        Kel@NationalSecurityLaw.org

*Counsel for Appellant*