# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 22-5252** | **September Term, 2022** |
| | **1:21-cv-02198-BAH** |
| | **Filed On: December 7, 2022** [1976724] |

Shawn Musgrave,

      Appellant

  v.

Mark Warner, Chairman and Senate Select
Committee on Intelligence,

      Appellees

### O R D E R

Upon consideration of appellant's consent motion for enlargement of time to file the opening brief, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellant's Brief | January 11, 2023 |
| Appendix | January 11, 2023 |
| Appellees' Brief | February 10, 2023 |
| Appellant's Reply Brief | March 3, 2023 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:  /s/
Michael C. McGrail
Deputy Clerk