# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 22-5252** | **September Term, 2022** |
| | **1:21-cv-02198-BAH** |
| | **Filed On: January 11, 2023** [1981130] |

Shawn Musgrave,

   Appellant

 v.

Mark Warner, Chairman and Senate Select
Committee on Intelligence,

   Appellees

### <u>O R D E R</u>

 Upon consideration of appellant's consent unopposed motion for enlargement of time within which to file opening brief, it is

 **ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellant's Brief | February 10, 2023 |
| Appendix | February 10, 2023 |
| Appellees' Brief | March 27, 2023 |
| Appellant's Reply Brief | April 28, 2023 |

              **FOR THE COURT:**
              Mark J. Langer, Clerk

          BY: /s/
             Scott H. Atchue
             Deputy Clerk