UNITED STATES COURT OF APPEALS
DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| SHAWN MUSGRAVE, | * |
| Appellant, | * |
| v. | * |
| | * Case No. 22-5252 |
| MARK WARNER, *et al.*, | * |
| Appellees. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**APPELLANT'S CONSENT MOTION FOR ENLARGEMENT
OF TIME WITHIN WHICH TO FILE OPENING BRIEF**

Appellant Shawn Musgrave ("Musgrave"), by and through undersigned counsel, respectfully moves this Court for a further three-week extension of the deadline for filing his Opening Brief, which is currently due 10 February 2023. This Motion proposes the following briefing schedule:

- 3 March 2023 – Appellant's Opening Brief
- 17 April 2023 – Appellees' Opening Brief
- 19 May 2023 – Appellant's Reply

Appellees consent to this motion.

Musgrave has good cause for this motion. The undersigned has been dealing with several illnesses (and accompanying school absences) for his young children and himself for several days and will not be able to complete work by Friday. He

would normally request a shorter extension in such circumstances, but he already has six filings due in the following two weeks, and so he is forced to propose a deadline on the other side of that period.

    This is the third extension requested for this Brief.

Date: February 8, 2023

                                             Respectfully submitted,

                                               /s/ Kelly B. McClanahan
                                              Kelly B. McClanahan, Esq.
                                              D.C. Bar #984704
                                              National Security Counselors
                                              4702 Levada Terrace
                                              Rockville, MD  20853
                                              301-728-5908
                                              240-681-2189 fax
                                              Kel@NationalSecurityLaw.org

                                              *Counsel for Appellant*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing filing contains 271 words, and was prepared in 14-point Times New Roman font using Microsoft Word 2016.

                                    /s/ Kelly B. McClanahan
                                   Kelly B. McClanahan, Esq.