# United States Court of Appeals
### For The District of Columbia Circuit
_____

**No. 22-5252**                         **September Term, 2022**

**1:21-cv-02198-BAH**

**Filed On: February 9, 2023** [1985254]

Shawn Musgrave,

       Appellant

    v.

Mark Warner, Chairman and Senate Select
Committee on Intelligence,

       Appellees

### O R D E R

     Upon consideration of appellant's consent motion for extension of time to file the opening brief, it is

     **ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellant's Brief | March 3, 2023 |
| Appendix | March 3, 2023 |
| Appellees' Brief | April 17, 2023 |
| Appellant's Reply Brief | May 19, 2023 |

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:     /s/
          Michael C. McGrail
          Deputy Clerk