# **CERTIFICATE OF SERVICE**

I hereby certify that on the 4th day of March, 2023, I filed the foregoing with the Court's Electronic Case Filing system, causing a copy to be served via electronic mail on Appellees' counsel of record.

Date: March 4, 2023

                                  Respectfully submitted,

                                  /s/ Kelly B. McClanahan  
                                Kelly B. McClanahan, Esq.  
                                D.C. Bar #984704  
                                National Security Counselors  
                                4702 Levada Terrace  
                                Rockville, MD  20853  
                                301-728-5908  
                                240-681-2189 fax  
                                Kel@NationalSecurityLaw.org

                                *Counsel for Appellant*