# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 22-5252**                   **September Term, 2022**

**1:21-cv-02198-BAH**

**Filed On: March 8, 2023** [1989209]

Shawn Musgrave,

       Appellant

    v.

Mark Warner, Chairman and Senate Select
Committee on Intelligence,

       Appellees

## O R D E R

Upon consideration of appellant's unopposed motion for extension of time to file the lodged appellant's brief and joint appendix, it is

**ORDERED** that the motion for extension of time be granted. The Clerk is directed to file the lodged documents.

                      **FOR THE COURT:**
                      Mark J. Langer, Clerk

        BY:     /s/
                      Louis Karl Fisher
                      Deputy Clerk