# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 22-5252**                                  **September Term, 2022**

**1:21-cv-02198-BAH**

**Filed On: April 19, 2023** [1995442]

Shawn Musgrave,

    Appellant

  v.

Mark Warner, Chairman and Senate Select
Committee on Intelligence,

    Appellees

**O R D E R**

It is **ORDERED**, on the court's own motion, that the court's April 19, 2023 briefing order be vacated as it was entered in error.

                                  **FOR THE COURT:**
                                  Mark J. Langer, Clerk

                     BY:    /s/
                                  Michael C. McGrail
                                  Deputy Clerk