[ORAL ARGUMENT NOT YET SCHEDULED]

IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

———

No. 22-5252

———

SHAWN MUSGRAVE,

Appellant,

v.

MARK WARNER, et al.,

Appellees.

———

ON APPEAL FROM THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

———

**NOTICE OF WITHDRAWAL OF GRANT R. VINIK AS COUNSEL**

———

Please withdraw Grant R. Vinik as counsel for Appellees Senator Mark Warner and the Senate Select Committee on Intelligence. As of April 26, 2023, Grant R. Vinik is no longer with the Office of Senate Legal Counsel.

Respectfully submitted,

/s/ Morgan J. Frankel
MORGAN J. FRANKEL
morgan_frankel@legal.senate.gov
D.C. Bar #342022
Senate Legal Counsel

PATRICIA MACK BRYAN
pat_bryan@legal.senate.gov
D.C. Bar #335463
Deputy Senate Legal Counsel

THOMAS E. CABALLERO
thomas_caballero@legal.senate.gov
Senior Assistant Senate Legal Counsel

Office of Senate Legal Counsel
642 Hart Senate Office Building
Washington, D.C. 20510-7250
(202) 224-4435 (tel)
(202) 224-4777 (fax)

May 2, 2023

Counsel for Appellees Senator Mark Warner and the Senate Select Committee on Intelligence

## **CERTIFICATE OF SERVICE**

I certify that, on May 2, 2023, I filed electronically the foregoing Notice of Withdrawal with the Clerk of the Court using the CM/ECF system, which will provide notice of electronic filing to the following:

    Kelly B. McClanahan, Esq.
    National Security Counselors
    4702 Levada Terrace
    Rockville, MD 20853

    Counsel for Appellant

    /s/ Morgan J. Frankel
    MORGAN J. FRANKEL