UNITED STATES COURT OF APPEALS
DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| SHAWN MUSGRAVE, | * |
| Appellant, | * |
| v. | * Case No. 22-5252 |
| MARK WARNER, *et al.*, | * |
| Appellees. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**APPELLANT'S UNOPPOSED *NUNC PRO TUNC* MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE REPLY BRIEF**

Appellant Shawn Musgrave ("Musgrave"), by and through undersigned counsel, respectfully moves this Court for a retroactive 18-minute extension of the deadline for filing his Reply Brief, which was due 19 May and was filed 20 May at 12:18 AM, and accordingly requests that the Court accept that brief lodged out of time. Appellees do not oppose this Motion.

Musgrave has good cause for this motion. While the undersigned completed his work on this brief before midnight, he encountered a technical error when he attempted to combine the various parts into a PDF file, which took approximately fifteen minutes to circumvent. The undersigned waited to file this Motion until he heard from Appellees' counsel regarding Appellees' position on it.

This is the first and final extension requested for this brief.

Date: May 20, 2023

                                    Respectfully submitted,

                                      /s/ Kelly B. McClanahan  
                                  Kelly B. McClanahan, Esq.
                                  D.C. Bar #984704
                                  National Security Counselors
                                  4702 Levada Terrace
                                  Rockville, MD  20853
                                  301-728-5908
                                  240-681-2189 fax
                                  Kel@NationalSecurityLaw.org

                                  *Counsel for Appellant*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing filing contains 256 words, and was prepared in 14-point Times New Roman font using Microsoft Word 2016.

                                            /s/ Kelly B. McClanahan
                                            Kelly B. McClanahan, Esq.