# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 22-5252**　　　　　　　　　　　　　　　**September Term, 2022**

**1:21-cv-02198-BAH**

**Filed On: May 22, 2023** [2000221]

Shawn Musgrave,

   Appellant

 v.

Mark Warner, Chairman and Senate Select
Committee on Intelligence,

   Appellees

**O R D E R**

  Upon consideration of appellant's unopposed, *nunc pro tunc*, motion for enlargement of time to file reply brief, and the lodged reply brief, it is

  **ORDERED** that the motion be granted. The Clerk is directed to file the lodged reply brief.

               **FOR THE COURT:**
               Mark J. Langer, Clerk

          BY: /s/
             Michael C. McGrail
             Deputy Clerk